```
                                                                    1

 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF NEW YORK
 2
     - - - - - - - - - - - - - - - X
 3
     UNITED STATES OF AMERICA,        : 23CR191(ARR)
 4                                    :
             Plaintiff,                :
 5                                    :
         -against-                    : United States Courthouse
 6                                    : Brooklyn, New York
     TAESUNG KIM,                     :
 7                                    :
             Defendant.               : Tuesday, May 16, 2023
 8                                    : 2:00 p.m.
                                      :
 9   - - - - - - - - - - - - - - - X

10       TRANSCRIPT OF CRIMINAL CAUSE FOR A STATUS CONFERENCE
                    BEFORE THE HONORABLE ALLYNE R. ROSS
11                    UNITED STATES DISTRICT JUDGE

12                       A P P E A R A N C E S:

13   For the Government:    UNITED STATES ATTORNEY'S OFFICE
                              Eastern District of New York
14                            271 Cadman Plaza East
                              Brooklyn, New York 11201
15                         BY:PATRICK CAMPBELL, ESQ.
                              Assistant United States Attorney
16
     For the Defendant:    KEVIN KERVENG TUNG P.C.
17                            136-20 38th Avenue, Ste. 3D
                              Flushing, NY 11354
18                         BY:KEVIN TUNG, ESQ.

19                         KEVIN JAMES KEATING
                              666 Old Country Rd., Suite 900
20                            Garden City, NY 11530

21   INTERPRETER:  KEONG-SIK SONG

22   Court Reporter:    SOPHIE NOLAN
                          225 Cadman Plaza East/Brooklyn, NY 11201
23                        NolanEDNY@aol.com
     Proceedings recorded by mechanical stenography, transcript
24   produced by Computer-Aided Transcription

25


                         SN        OCR        RPR
```

```
                         Proceedings                         2
```

1              (In open court.)
2              (The Hon. ALLYNE R. ROSS, presiding.)
3              (Defendant present.)
4         THE COURTROOM DEPUTY:  This is *United States of*
5    *America versus Kim*, docket CR-23-191.
6         Can the interpreter stand and raise your right hand?
7         (Interpreter sworn.)
8         THE COURTROOM DEPUTY:  Please state and spell your
9    name for the record.
10        THE INTERPRETER:  Kyeong-Sik Song, K-Y-E-O-N-G-S-I-K
11   S-O-N-G.
12        THE COURT:  Counsel for the Government?
13        MR. CAMPBELL:  Patrick J. Campbell for the United
14   States.  Good morning, Judge.
15        THE COURT:  Good morning.
16        MR. TUNG:  Good afternoon, Judge.  Kevin Tung on
17   behalf of Taesung Kim.
18        And today we're going to make a motion to be
19   relieved as well.
20        (Discussion held off the record.)
21        THE COURTROOM DEPUTY:  Your Honor, the interpreter
22   says that he understands English.  Do you want to ask him if
23   he's okay?
24        THE COURT:  Mr. Kim, do you understand English?
25        THE DEFENDANT:  I understand most of it.  If I need

1   to have help, I'm going to ask him.
2            THE COURT:  So, we have an interpreter here who will
3   interpret anything you want, but you don't want everything
4   interpreted.  If you have a question you will ask him; is that
5   correct?
6            THE DEFENDANT:  Yes.
7            THE COURT:  Do you understand everything so far?
8            THE DEFENDANT:  Yes.
9            THE COURT:  You're not sure?
10           THE DEFENDANT:  I'm very sure.
11           THE COURT:  Okay.
12           So, Mr. Keating has filed a notice of appearance on
13  behalf of Mr. Kim; is that correct?
14           MR. KEATING:  Yes, Your Honor.
15           THE COURT:  And you understand what that means; you
16  are in for the duration?
17           MR. KEATING:  Yes, Your Honor.
18           THE COURT:  Then we will relieve you Mr. Tung.
19           (Mr. Tung leaves courtroom.)
20           THE COURT:  I gather the defendant has already been
21  arraigned?
22           MR. CAMPBELL:  Yes, Your Honor.  There is nothing
23  else to address from the Government's perspective today.  He
24  has been arraigned.
25           THE COURT:  How do you want me to precede?

1  MR. CAMPBELL:  The parties are scheduled for a
2  status conference before you on June 12th at 11 a.m. so with
3  the substitution of counsel, that should be it for today.
4  THE COURT:  I take it you want an order of
5  excludable delay?
6  MR. CAMPBELL:  It was done at arraignment.  Thank
7  you, Judge.
8  THE COURT:  We will see you on the 12th.
9
10
11  (Matter adjourned.)
12  - ooOoo -
13
14
15
16
17
18
19
20
21
22
23
24
25

Sophie Nolan, RPR - Official Court Reporter