# STEPHEN P. SCARING, P.C.

ATTORNEYS AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, N. Y. 11530-2004

(516) 683-8500

—

FAX
(516) 683-8410

sscaring@scaringlaw.com

STEPHEN P. SCARING, ESQ.

—

OF COUNSEL
MATTHEW W. BRISSENDEN
SUSAN SCARING CARMAN

July 15, 2025

**<u>VIA ECF</u>**
Honorable Allyne R. Ross
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> *Re:* ***United States v. Kim, et.al.***
> <u>*Docket No. 23-cr-191*</u>

Dear Judge Ross:

     I represent Dacheng Lu, a defendant in the above captioned case. The defendant is requesting a temporary modification of his travel restrictions to allow him to take a short family vacation. He wishes to travel to Niagara Falls on July 17th and depart on the 19th. He would then request permission to travel from his home to Washington D.C. on July 21st and return on July 23rd. Assistant United States Attorney Patrick J. Campbell has no objection.

     I am sorry for the late request. Thank you.

Respectfully submitted,

/s/ Stephen P. Scaring
STEPHEN P. SCARING
Attorney for the defendant

cc: Patrick Campbell, Assistant United States Attorney