STEPHEN P. SCARING, P.C.
ATTORNEYS AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, NY 11530-2005
--
516-683-8500
--
FAX
516-683-8410

STEPHEN P. SCARING
~OF COUNSEL~
MATTHEW W. BRISSENDEN
SUSAN SCARING CARMEN

sscaring@scaringlaw.com

September 2, 2026

**<u>Via ECF</u>**

The Honorable Diane Gujarati
United States District Judge
Eastern District of New York
225 Cadman Plasa
Brooklyn, New York 11201

Re: *United States v. Dacheng Lu*
<u>23 CR 00191-002</u>

Dear Judge Gujarati

This office represents the Defendant Dacheng Lu, who has self-surrendered and has commenced serving his sentence. I am writing to respectfully request an order directing Pretrial Services to return the Defendant's passport. I have conferred with AUSA Patrick Campell and Pretrial Services Officer Robert Stehle, neither of whom object to this application.

Thank you for considering this request.

Respectfully submitted,
/s/
Stephen P. Scaring

cc: AUSA Patrick Campell (via ECF and email)
Pretrial Services Officer Robert Stehle (via email)